1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 | BENJAMIN TOLKOFF (NYBN 4294443)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

7 | Telephone: (415) 436-7296
FAX: (415) 436-6982
Benjamin.Tolkoff@usdoj.gov

8 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 13-643 TEH |
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER TO RELEASE PRESENTENCE INVESTIGATION REPORT |
| v. | ) |
| HENRY TOBIAS, | ) |
| Defendant. | ) |

On October 17, 2005 Henry Tobias was convicted before the Honorable Maxine Chesney, Northern District of California, in matter number CR 04-417 MMC.

The parties respectfully request that the Court authorize the release of the Presentence Investigation Report in the 2004 case. The PSR will help both parties facilitate adjudication of the captioned matter.

//

STIP. & [PROP.] ORD. TO RELEASE PSR
CR 13-641 TEH

SO STIPULATED.

Date: January 16, 2014.                     MELINDA HAAG
                                            United States Attorney

                                            /s/
                                            _____
                                            BENJAMIN TOLKOFF
                                            Assistant United States Attorney

                                            /s/
Date: January 16, 2014.                     _____
                                            JULIA JAYNE
                                            Attorney for Henry Tobias

For the reason stated, the United States Probation Office shall provide the Presentence Investigation Report in matter CR 04-417, *United States v. Henry Tobias*, to the attorneys in this case.

SO ORDERED.

Date: January 21, 2014.                     _____
                                            HON. THELTON E. HENDERSON
                                            United States District Judge

STIP. & [PROP.] ORD. TO RELEASE PSR
CR 13-641 TEH