1  JULIA JAYNE (State Bar No. 202753)
   Email: *julia@jaynelawgroup.com*
2  JAYNE LAW GROUP, P.C.
   260 California Street, Suite 1001
3  San Francisco, California 94111
   Telephone: (415) 623-3600
4  Facsimile: (415) 623-3605

5  Attorneys for Defendant
   HENRY TOBIAS

6

7

8

9                     **UNITED STATES DISTRICT COURT**

10                    **NORTHERN DISTRICT OF CALIFORNIA**

11 | UNITED STATES OF AMERICA,           Case No. CR 13-00643- TEH

12 |        v.                           **STIPULATION AND [~~PROPOSED~~]**
                                         **ORDER TO CONTINUE HEARING**
13 | HENRY TOBIAS                        **DATE**

14

15

16         IT IS HEREBY STIPULATED by and between the parties hereto and their respective

17  undersigned counsel, and with the consent of Defendant Henry Tobias, that the hearing presently

18  scheduled for January 27, 2014 at 2:30 p.m. be taken off calendar and rescheduled for February

19  24, 2014 at 2:30 p.m..  The reason for this extension is that the parties need additional time to

20  confer regarding the case. Defense counsel is also awaiting receipt of Mr. Tobias's Presentence

21  Report from 2004. This proposed continuance also takes into account Government Counsel's trial

22  schedule.

23         The Defense submits and the Government does not object that it is appropriate to exclude

24  time from January 27, 2014 through February 24, 2014, for the purpose of effective preparation,

25  and because the ends of justice served by taking such action outweigh the best interest of the

26  public and the defendant in a speedy trial, taking into account the exercise of due diligence. *See*

27  18 U.S.C. § 3161(h)(7)(B)(iv).

28         **IT IS SO STIPULATED**

---
**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING DATE. CASE NO. CR 12-00878 YGR**

DATED: January 22, 2014                By:            /s/
                                          Julia Mezhinsky Jayne
                                          Counsel for Henry Tobias


DATED: January 22, 2014                UNITED STATES ATTORNEY'S OFFICE


                                       By:            /s/
                                          BENJAMIN TOLKOFF
                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

                                              **ORDER**

**IT IS SO ORDERED.**


DATED:  01/22/2014
                                       _____
                                       HON. Judge Thelton E. Henderson
                                       UNITED STATES DISTRICT COURT JUDGE

- 1 -
**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING CASE NO. CR 13-00643 TEH**