1  JULIA JAYNE (State Bar No. 202753)
   Email: *julia@jaynelawgroup.com*
2  JAYNE LAW GROUP, P.C.
   260 California Street, Suite 1001
3  San Francisco, California 94111
   Telephone: (415) 623-3600
4  Facsimile: (415) 623-3605

5  Attorneys for Defendant
   HENRY TOBIAS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 13-00643- TEH |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE** |
| HENRY TOBIAS | |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendant Henry Tobias, that the hearing presently scheduled for May 12, 2014 at 2:30 p.m. be taken off calendar and rescheduled for June 30, 2014 at 2:30 p.m.. The reason for this extension is that Defense counsel is awaiting clear information from and progress about a pending state court case against Mr. Tobias, which could possibly result in a global state and federal resolution of Mr. Tobias's cases. The progress of that state case has moved slower than anticipated by the parties.

The Defense submits and the Government does not object that it is appropriate to exclude time from May 12, 2014 through June 30, 2014, for the purpose of effective preparation, and because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO STIPULATED**

DATED: May 5, 2014             By:            /s/
                                    Julia Mezhinsky Jayne
                                    Counsel for Henry Tobias

DATED: May 5, 2014             UNITED STATES ATTORNEY'S OFFICE


                               By:            /s/
                                    BENJAMIN TOLKOFF
                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

**ORDER**

**IT IS SO ORDERED.**

DATED:  05/08/2014

HON. _____
UNITED STATES DISTRICT COURT JUDGE

*Judge Thelton E. Henderson*

- 1 -
**STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING CASE NO. CR 13-00643 TEH**